No. 23-13253

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ERIC ANDRÉ, *et al.*,

*Plaintiffs-Appellants*,

V.

CLAYTON COUNTY, GEORGIA, *et al.*,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court
For the Northern District of Georgia, Hon. Mark H. Cohen
Case No. 1:22-CV-04065-MHC

## APPELLANTS' AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Jason T. Burnette
JONES DAY
1221 Peachtree St. N.E., Suite 400
Atlanta, Georgia 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
jtburnette@jonesday.com

*Counsel for Plaintiffs-Appellants*

# AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-4, Appellants hereby submit this Amended Certificate of Interested Persons and Corporate Disclosure Statement (CIP), which makes one change to the original certificate—the addition of an interested person whose name appears below in bold.

As required by Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1(a), Plaintiffs-Appellants Eric André and Clayton English provide this Certificate of Interested Persons and Corporate Disclosure Statement

1. André, Eric (Plaintiff-Appellant).

2. Branham, Aimee (Defendant-Appellee).

3. Burnette, Jason T. (Counsel for Plaintiffs-Appellants).

4. Campbell, Kayin (Defendant-Appellee).

5. Canfield, Peter C. (Counsel for Plaintiffs-Appellants).

6. Clayton County, Georgia (Defendant-Appellee).

7. Cohen, Mark H. (Judge, United States District Court for the Northern District of Georgia).

8. Deane, Richard H., Jr. (Counsel for Plaintiffs-Appellants).

9. Emmons, Chandler J. (Counsel for Defendants-Appellees).

10. English, Clayton (Plaintiff-Appellant).

11. Freeman Mathis & Gary, LLP (Counsel for Defendants-Appellees).

1

*Eric André, et al. v. Clayton County, Georgia, et al.*
No. 23-13253

12. Friedman, Barry E. (Counsel for Plaintiffs-Appellants).

13. Ganske, Rodney J. (Counsel for Plaintiffs-Appellants).

14. Griffin, Tony (Defendant-Appellee).

15. Hancock, Jack R. (Counsel for Defendants-Appellees).

16. Heydari, Farhang (Counsel for Plaintiffs-Appellants).

17. Hinkson, Ashley F. (Counsel for Plaintiffs-Appellants).

18. Hooks, Michael (Defendant-Appellee).

19. Hoynes, Ben (Counsel for Plaintiffs-Appellants).

20. Hudson-Price, Annie (Counsel for Plaintiffs-Appellants).

21. Jones Day (Counsel for Plaintiffs-Appellants).

22. Lawrence, Allegra J. (Counsel for Plaintiffs-Appellants).

23. Lawrence & Bundy LLC (Counsel for Plaintiffs-Appellants).

24. Meyer, Paul D. (Counsel for Plaintiffs-Appellants).

25. Nocharli, Rebecca (Counsel for Plaintiffs-Appellants).

26. Reilly, Samuel B. (Counsel for Plaintiffs-Appellants).

27. Roberts, Kevin (Defendant-Appellee).

28. Sabzevari, A. Ali (Counsel for Defendants-Appellees).

29. **Scherzer, Aaron (Counsel for Plaintiffs-Appellants).**

30. Sloan, Sarah (Counsel for Plaintiffs-Appellants).

31. Smith, Cameron (Defendant-Appellee).

32. The Policing Project at NYU School of Law (Counsel for Plaintiffs-Appellant).

No other persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case or appeal.

November 14, 2023                                                 Respectfully submitted,

/s/ *Jason T. Burnette*
Jason T. Burnette
Richard H. Deane, Jr.
Ashley F. Hinkson
Samuel B. Reilly
JONES DAY
1221 Peachtree St. N.E., Suite 400
Atlanta, Georgia 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
jtburnette@jonesday.com
rhdeane@jonesday.com
ahinkson@jonesday.com
sreilly@jonesday.com

Peter C. Canfield
CANFIELD LAW LLC
34 Inman Circle NE
Atlanta, GA 30309
Telephone: (678) 296-5413
pccanfield@gmail.com

Barry Friedman*
Aaron Scherzer
Sarah Sloan*
Benjamin Hoynes*
POLICING PROJECT AT NYU SCHOOL OF LAW
Washington Square Legal Services, Inc.
40 Washington Square South, Ste 302 New York, NY 10012
Telephone: (212) 992-6950
barry.friedman@nyu.edu
*Admitted Pro Hac Vice

Allegra J. Lawrence
Rodney J. Ganske
LAWRENCE & BUNDY LLC
1180 West Peachtree St., NW, Ste 1650
Atlanta, Georgia 30309
Telephone: (404) 400-3350
Facsimile: (404) 609-2504
allegra.lawrencehardy@lawrencebundy.com
rod.ganske@lawrencebundy.com

*Counsel for Plaintiffs-Appellants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, the foregoing was electronically filed with the Clerk of the Court by using the Court's Appellate PACER system, which will automatically send a notice of electronic filing to all counsel of record. Under 11th Circuit Rule 25-3(a), no independent service by other means is required.

Dated: November 14, 2023.

*/s/ Jason T. Burnette*
Jason T. Burnette
*Counsel for Plaintiffs-Appellants*