

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Elissa B. Haynes
Tel: 678.996.9068
elissa.haynes@fmglaw.com
www.fmglaw.com

March 5, 2025

Hon. Carla E. Brown
Judge, State Court of Gwinnett County
12 East Park Square
Courtroom 4C
Marietta, GA 30090

David J. Smith
Clerk of Court
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

    Re:    <u>Evans v. Ohmshiv Construction LLC, et al.</u>
            State Court of Gwinnett County, Georgia
            CAFN: 21-C-05979-S3

            <u>Eric Andre, et al. v. Clayton County, Georgia, et al.</u>
            In the United States Court of Appeals for the Eleventh Circuit
            Appeal Number: 23-13253-V
            District Court Docket No.: 1:22-cv-04065-MHC

***Conflict for Week of March 24, 2025***

Dear Judge Brown and Mr. Smith:

       Pursuant to Uniform State/Superior Rule No. 17 the undersigned is notifying you of potential conflict in the above cases for the week of March 24, 2025.

   Please be advised that the undersigned is lead counsel in the above-referenced cases. In the case of *Evans v. Ohmshiv Construction, LLC, et al.* pending in the State Court of Gwinnett County, Georgia as Civil Action File Number 21-C-05979-S3, the case has been set in position number 2 on the Court's March 24, 2025 jury trial calendar. Undersigned counsel has filed a consent motion for continuance in that matter which is pending before the Court. In the *Eric Andre, et al. v. Clayton County, Georgia et al.* matter pending before the Eleventh Circuit Court of Appeals as Case Number 23-13253, oral argument is scheduled for 9:00 AM on March 28, 2025. The undersigned certifies that these matters cannot be adequately handled, and the clients' interests adequately protected by other counsel in these actions.

   Unless directed otherwise, in accordance with Georgia State Court Rule 17.1, I plan to appear for trial in the *Evans v. Ohmshiv Construction, LLC, et al.* matter if called for same. As is my usual practice, I will keep the court updated on my status. This letter will also certify that all other parties involved in the above-listed case have been advised of this conflict. A copy of this letter shall be sent to each of the attorneys in the above-referenced case to notify them of said conflict.

   Thank you for your attention to this matter. If you have any questions or wish to discuss this matter further, please do not hesitate to contact me.

            Very truly yours,

            **FREEMAN MATHIS & GARY, LLP**

            */s/ Elissa B. Haynes*

            Elissa B. Haynes

EBH/mem

cc: Daniel J. Saxton, Esq. (djsaxton@saxtonfirm.com)
   Allen Hammontree (ahammontree@saxtonfirm.com)
   Richard Day (rhdeane@jonesday.com)
   Jason T. Burnette (jtburnette@jonesday.com)
   Samuel B. Reilly (sreilly@jonesday.com)
   Peter C. Canfield (pccanfield@gmail.com)
   Allegra J. Lawrence-Hardy (allegra.lawrence-hardy@lawrence-bundy.com)
   Rodney J. Ganske (rod.ganske@lawrencebundy.com)
   Barry Friedman (barry.friedman@nyu.edu)
   Aaron Scherzer (aaron.scherzer@nyu.edu)
   Benjamin Hoynes (Benjamin.hoynes@nyu.edu)
   Jack Hancock (jack.hancock@fmglaw.com)
   A. Ali Sabzevari (asabzevari@fmglaw.com)

## **CONFLICT INFORMATION SHEET**

Re:     Evans v. Ohmshiv Construction, LLC, et al.
        State Court of Gwinnett County
        Civil Action File No. 21-C-05979-S3

| | |
|---|---|
| Counsel For: | George Patrick and Ohmshiv Construction, LLC |
| Date Filed: | March 3, 2035 |
| Type of Calendar: | Civil Jury Trial Calendar |
| Date of Calendar | The week of March 24, 2025 |
| Time of Calendar: | 9:00 a.m. |
| Position No.: | 2 |
| Judge: | Hon. Carla Brown |
| Opposing Counsel: | Daniel J. Saxton |
| | Allen Hammontree |
| | **Saxton Firm, P.C.** |

Re:     Eric Andre, et al. v. Clayton County, Georgia, et al.
        United States Court of Appeals for the Eleventh Circuit
        Appeal Number: 23-13253-V

| | |
|---|---|
| Counsel For: | Defendants Clayton County, Georgia, et al. |
| Date Filed: | January 17, 2025 |
| Type of Calendar: | Oral Argument Calendar |
| Date of Calendar | March 28, 2025 |
| Time of Calendar: | 9:00 a.m. |
| Position No.: | 1 |
| Judge: | Panel currently unknown |
| Opposing Counsel: | Jason T. Burnette |
| | Richard Day |
| | Samuel B. Reilly |
| | **Jones Day** |
| | |
| | Peter C. Canfield |
| | **Canfield Law LLC** |
| | |
| | Allegra J. Lawrence-Hardy |
| | Rodney J. Ganske |
| | **Lawrence Bundy** |

Barry Friedman
Aaron Scherzer
Benjamin Hoynes
**NYU Law**

Jack Hancock
A. Ali Sabzevari
**Freeman Mathis & Gary, LLP**